# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARCITY CORPORATION,<br><br>             Plaintiff,<br>    v.<br><br>BREANA DAUGHERTY, individually and in her capacity as an agent of the State of California and the California Labor and Workforce Development Agency Pursuant to the Labor Code Private Attorneys General Act of 2004, and DOES 1-20,<br><br>             Defendant. | CASE NO.:  2:16-CV-01378-JAM (CKD)<br><br>**ORDER CONTINUING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Action Filed: June 20, 2016 |

## **ORDER**

Having considered the Joint Stipulation Continuing the Deadline for Defendant Breana Daugherty ("Defendant") to Respond to Plaintiff SolarCity Corporation's ("Plaintiff") Complaint, and for good cause shown, the Court HEREBY ORDERS that:

1. Defendant's deadline to file a response to the complaint is continued from July 21, 2016 to August 18, 2016.

IT IS SO ORDERED.

Dated:  7/20/2016

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE